UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Irwin Muskat, et al.</u>

    v.                            Civil No. 06-cv-030-JD

<u>United States of America</u>

<u>PROCEDURAL ORDER</u>

In response to the joint mediation statement filed by the parties, the court informs the parties that they will be expected to mediate this case prior to going to trial.

SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

November 2, 2006

cc:   James E. Higgins, Esquire
      John-Mark Turner, Esquire
      Karen Wozniak, Esquire